IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICTOR D. BURGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:13-cv-00639 ) CHIEF JUDGE HAYNES |
| DAVID R. PATTERSON and ROSEDALE, TRANSPORT, INC., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Plaintiff's motion for voluntary dismissal filed pursuant to Fed. R. Civ. P. 41(a). (Docket Entry No. 9).

This motion is **GRANTED** and the action is hereby **DISMISSED** without prejudice, each party to bear its own attorneys' fees and costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 22nd day of August, 2013

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court